# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL TURNER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 12-2537-EFM-DJW |
| SLGUPTA, INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Michael Turner and Defendant SLGUPTA, Inc. hereby submit to the Court a joint stipulation of dismissal *without prejudice* pursuant to FRCP 41(a)(1)(A)(ii). The parties respectfully request that this matter be dismissed immediately, without prejudice.

Respectfully Submitted

SLOAN, EISENBARTH, GLASSMAN
McENTIRE & JARBOE, L.L.C.

BY:   S/Alan v. Johnson
Alan V. Johnson, KS #9992
Derek L. Brown, KS #25076
1000 Bank of America Tower
534 South Kansas Avenue
Topeka Kansas 66603-3456
**Attorneys for Plaintiff**

(continued below)

1

|   |   |   |
|---|---|---|
| BY: | S/<u>Kerry Gasper</u> |
|  | Kerry Gasper, KS #12551 |
|  | Wiechman & Gasper, P.A. |
|  | 1101 SW 10th Ave. |
|  | Topeka KS 66604 |
|  | <u>kerry@gasperlawoffice.com</u> |
|  | **Attorneys for Defendant** |

2